**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Blue Lightning Transportation Solutions, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **dba Blue Lightning Logistics** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **8 1 – 4 1 5 1 6 3 4** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **333 Crowley Rd,**<br>Number  Street | <br>Number  Street |
| | <br>P.O. Box |
| **Ft Worth**  **TX**  **76134**<br>City  State  ZIP Code | <br>City  State  ZIP Code |
| **Tarrant**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number  Street<br><br>City  State  ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Blue Lightning Transportation Solutions, Inc.**     Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Blue Lightning Transportation Solutions, Inc.**   Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
              MM / DD / YYYY
District _____ When _____ Case number _____
              MM / DD / YYYY
District _____ When _____ Case number _____
              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes. Debtor **Blue Lightning Holdings, Inc.**   Relationship _____
District **Northern**   When **04/15/2023**
                            MM / DD / YYYY
Case number, if known  **23-41064**

Debtor _____   Relationship _____
District _____   When _____
                            MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                              Number    Street
                              _____
                              _____   _____   _____
                              City        State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor  **Blue Lightning Transportation Solutions, Inc.**_____    Case number (if known) _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/15/2023**
MM / DD / YYYY

X **/s/ Eran Blitzblau**_____
Signature of authorized representative of debtor
**Eran Blitzblau**
Printed name
**Member**
Title

Debtor **Blue Lightning Transportation Solutions, Inc.**    Case number (if known) _____

| | | |
|---|---|---|
| **18. Signature of attorney** | X **/s/ Howard Marc Spector** | Date **04/15/2023** |
| | Signature of attorney for debtor | MM / DD / YYYY |

**Howard Marc Spector**
Printed name

**Spector & Cox, PLLC**
Firm name

**12770 Coit Road**
Number       Street

**Suite 850**

**Dallas**                           **TX**           **75251**
City                                  State          ZIP Code

**(214) 365-5377**                    **hms7@cornell.edu**
Contact phone                         Email address

**00785023**                          **TX**
Bar number                            State

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 5

**Fill in this information to identify the case and this filing:**

Debtor Name: **Blue Lightning Transportation Solutions, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/15/2023**         X **/s/ Eran Blitzblau**
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

**Eran Blitzblau**
Printed name

**Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Blue Lightning Transportation Solutions, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Small Business Administration 4300 Amon Carter Blvd. Suite 114 Fort Worth, Texas 76155 | | Loan | | | | $500,000.00 |
| 2 | Jeri Getson 566 Avenida Sevilla, Suite A Laguna Woods, CA 92637 | | | | | | $200,000.00 |
| 3 | Third Coast Commerical Credit 20202 US-59, Humble, TX 77338 | | | | | | $185,000.00 |
| 4 | PLM Trailer Leasing 350 E Devon Ave, Lockbox 776996 Itascia, IL 60143 | | Goods and/or services rendered | | | | $185,000.00 |
| 5 | Global Merchant Cash 30 Broad Street, New York, NY 100004 | | | | | | $155,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

| Debtor | **Blue Lightning Transportation Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 6 | WEX Fleet Card<br>3100 West End Avenue<br>Suite 1150<br>Nashville, TN USA 37203 | | Credit card purchases | | | | $150,000.00 |
| 7 | Bob Badie<br>5613 Desert View Dr.<br>La Jolla, CA 92037 | | | | | | $98,000.00 |
| 8 | Love's Truck Care<br>10601 N Pennsylvania Ave<br>Oklahoma City, OK 73120 | | | | | | $48,165.00 |
| 9 | Wells Fargo bank<br>420 Montgomery Street<br>San Francisco, CA 94104 | | | | | | $45,218.00 |
| 10 | Julie Getson<br>3655 Paul Jones ave<br>San Diego, CA 92117 | | | | | | $35,000.00 |
| 11 | Fleetflo<br>P.O. Box 27116,<br>Salt Lake City, UT 84127 | | | | | | $27,916.00 |
| 12 | Open Eye Insurance<br>11801 Domain Blvd<br>Austin, TX 78756 | | | | | | $26,510.00 |
| 13 | David Brown<br>6109 Jones Cir.<br>Las Vegas, NV 89107 | | Transportation Services | | | | $26,000.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Debtor **Blue Lightning Transportation Solutions, Inc.**     Case number (if known) _____
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Wells Fargo bank<br>420 Montgomery Street<br>San Francisco, CA 94104 | | | | | | $25,837.00 |
| 15 | Alberto Patrana<br>PO BOX 121162<br>Chula Vista, CA 91912 | | Transportation Services | | | | $18,000.00 |
| 16 | David Shefiel<br>5836 Paddington Dr.<br>Palmdale, CA 93552 | | Transportation Services | | | | $15,000.00 |
| 17 | Nitro<br>8829 Racquet Club Dr.<br>Ft Worth, TX 76120 | | | | | | $10,000.00 |
| 18 | Crum and Foster Insurance<br>305 Madison Avenue<br>Morristown, NJ 07960 | | | | | | $5,672.00 |
| 19 | Wells Fargo bank<br>420 Montgomery Street<br>San Francisco, CA 94104 | | | | | | $3,900.00 |
| 20 | Merch Media<br>415 Milam St.<br>San Antonio, TX 78202 | | | | | | $1,543.00 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 3

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **Blue Lightning Transportation Solutions, Inc.**              CASE NO

                                                                                                            CHAPTER   **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/15/2023                                      Signature  /s/ Eran Blitzblau
                                                                           *Eran Blitzblau*
                                                                           *Member*


Date  _____               Signature  _____

Alberto Patrana
PO BOX 121162
Chula Vista, CA 91912


Bob Badie
5613 Desert View Dr.
La Jolla, CA 92037


Crum and Foster Insurance
305 Madison Avenue
Morristown, NJ 07960


David Brown
6109 Jones Cir.
Las Vegas, NV 89107


David Shefiel
5836 Paddington Dr.
Palmdale, CA 93552


Fleetflo
P.O. Box 27116,
Salt Lake City, UT 84127


Global Merchant Cash
30 Broad Street,
New York, NY 100004


IRS
P.O. Box 7346
Philadelphia, PA 19114


Jeri Getson
566  Avenida Sevilla, Suite A
Laguna Woods, CA 92637

```
Julie Getson
3655 Paul Jones ave
San Diego, CA 92117




Love's Truck Care
10601 N Pennsylvania Ave
Oklahoma City, OK 73120




Merch Media
415 Milam St.
San Antonio, TX 78202




Nitro
8829 Racquet Club Dr.
Ft Worth, TX 76120




Nova
10777 Northwest Freeway
Suite 440
Houston, TX 77092


Open Eye Insurance
11801 Domain Blvd
Austin, TX 78756




PLM Trailer Leasing
350 E Devon Ave, Lockbox 776996
Itascia, IL 60143




Small Business Administration
4300 Amon Carter Blvd. Suite 114
Fort Worth, Texas 76155




State Comptroller of Public Accounts
Bankruptcy Section
P.O. Box 13528
Austin, TX 78711
```

```
Third Coast Commerical Credit
20202 US-59,
Humble, TX 77338




United States Trustee
1100 Commerce Street
Room 976
Dallas, Texas 75242



Wells Fargo bank
420 Montgomery Street
San Francisco, CA 94104



WEX Fleet Card
3100 West End Avenue
Suite 1150
Nashville, TN USA 37203
```